UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BANKS, ET AL. AND UNITED STATES OF AMERICA | * * * | Civil Action No. 65-16173 |
| VERSUS | * * | SECTION F |
| ST. JAMES PARISH SCHOOL BOARD, ET AL. | * * * | JUDGE MARTIN L.C. FELDMAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER AND JUDGMENT

Considering the foregoing Unopposed Motion for Unitary Status: Extracurricular Activities and for Entry of Judgment filed by Defendant St. James Parish School Board, and, the Court finding it in the interest of justice to so do;

**IT IS ORDERED** that said Motion is **GRANTED;**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the St. James Parish School Board is hereby declared unitary in the area of extracurricular activities. All previous injunctions and orders granted by this Court with respect to the areas of extracurricular activities and transportation obligations of the St. James Parish School Board are hereby **VACATED AND LIFTED**. This Court's supervision over Defendant St. James Parish School Board in the areas of extracurricular activities and transportation is hereby **TERMINATED** and this cause with respect to those areas of operation only is fully and finally **DISMISSED** with prejudice. All other injunctions and orders of this Court not inconsistent herewith shall remain in full force and effect

**SO ORDERED**, this the 17th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE