```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| WILLIE BANKS, ET AL. and<br>THE UNITED STATES OF AMERICA | CIVIL ACTION |
| V. | |
| ST. JAMES PARISH SCHOOL BOARD | NO. 65-16173 |
| V. | |
| GREATER GRACE CHARTER ACADEMY,<br>INCORPORATED | SECTION "F" |

<u>ORDER</u>

In its Order and Reasons dated August 4, 2016, this Court granted intervenor Greater Grace Charter Academy, Incorporated's motion to operate a charter school in St. James Parish. Thereafter, the private plaintiffs (who instituted this school desegregation case in 1965) and the St. James Parish School Board (whose parish is still subject to this Court's 1967 desegregation order) appealed, arguing that the Court erred in approving Greater Grace's operation of a charter school in St. James Parish.

In a judgment entered on January 3, 2019, the U.S. Court of Appeals for the Fifth Circuit declined to consider the merits of the appeal and remanded the case for further proceedings. Noting that the parties had not addressed Greater Grace's procedural posture before this Court (and that the United States had not participated in the appeal), the Fifth Circuit instructed this Court to determine: (1) whether Greater Grace is a necessary and/or

1

indispensable party; and (2) if not, whether Greater Grace has standing given the Supreme Court's holding in Town of Chester, New York v. Laroe Estates, Inc., 137 S. Ct. 1645 (2017) that intervention of right under Rule 24 requires a showing of independent Article III standing.  The Fifth Circuit also stated that the Court is "not precluded from conducting any further proceedings it finds necessary."

Having determined that a status conference would assist counsel and the Court in resolving the issues raised by the Fifth Circuit, IT IS ORDERED: that an in-chambers status conference will take place on April 11, 2019, at 1:30 p.m.  IT IS FURTHER ORDERED: that counsel for all parties are required to attend.

New Orleans, Louisiana, March 8, 2019

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE