# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE BANKS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | Civil Action No. 2:65-cv-16173 |
| Plaintiff-Intervenor, ) | |
| ) | SECTION F |
| v. ) | |
| ) | MARTIN L.C. FELDMAN |
| ST. JAMES PARISH SCHOOL BOARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

Having considered the Parties' Joint Motion to Vacate Scheduling Order ("Joint Motion"):

**IT IS ORDERED** that the Parties' Joint Motion is **GRANTED** and the Court's March 19, 2021 Order, Record Document ("R.Doc.") 193, is **VACATED**.

Should the Parties not resolve the Defendant St. James Parish School Board's pending Motion for Unitary Status and Judgment of Dismissal Regarding Faculty Assignment, Student Assignment, and Facilities, R.Doc. 153, and Motion for Unitary Status and Judgment of Dismissal Regarding Discipline, R.Doc. 179, the Parties will file either a joint motion and proposed scheduling order to complete adjudication of those motions, or separate motions and proposed scheduling orders for the Court's consideration.

New Orleans, Louisiana, this __7th__ day of June 2021.

_____
United States District Judge