UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE BANKS, ET AL.,<br>    *Plaintiffs*, | CIVIL ACTION |
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Intervenor* | NO. 65-16173 |
| v. | |
| ST. JAMES PARISH SCHOOL BOARD, ET AL. | SECTION "F" |

ORDER

In light of the Court's June 7, 2021 Order vacating the scheduling order, and to encourage the parties' settlement negotiations,

IT IS ORDERED: that the School Board's motions for unitary status and judgments of dismissal regarding faculty assignment, staff assignment, student assignment, facilities, and discipline are REMOVED from the Court's August 18, 2021 submission date.

The Board may re-notice its motions in accordance with local rules as desired.

New Orleans, Louisiana, June 9, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1